1014

[Nos. 54956-1-I; 55698-3-I.   Division One.   July 31, 2006.]

St. Paul Guardian Insurance Company, *Respondent*, v. Heidi Schultz et al., *Appellants*.

David Bickford et al., *Appellants*, v. Ronald Schultz et al., *Respondents*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 03-2-06131-8 and 02-1-03061-1, James H. Allendoerfer and Gerald L. Knight, JJ., entered September 16, 2004, and January 20, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Cox, J.

[Nos. 55502-2-I; 55580-4-I.   Division One.   July 31, 2006.]

The State of Washington, *Respondent*, v. Jeffrey Phillip Stevens, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 04-1-01257-7, Sharon S. Armstrong, J., entered December 3, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

[No. 55564-2-I.   Division One.   July 31, 2006.]

The State of Washington, *Respondent*, v. San Kouay Saeyang, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-03426-1, Terence Lukens, J., entered January 10, 2005. *Affirmed* by unpublished per curiam opinion.